UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25 mj 3284 - Goodman

UNITED STATES OF AMERICA,

Plaintiff,

v. Igor Dze

Defendant.
_____/

<u>*NEBBIA* STIPULATION AND ORDER</u>

On July 3, 2025, the Honorable Jonathan Goodman, United States Chief Magistrate Judge, set conditions of release for Defendant _IGOR DZE_, which included a _percentage bond_, and imposed a *Nebbia* requirement. The parties
(corporate surety bond) (percentage bond)
have agreed that the _funds_ being used to satisfy the bond are

(funds and/or collateral)

from the following source(s) and are not illegally derived:

1. The collateral is _personal funds of defendant and the (Wife of defendant_
(provide address and owner of property, and relationship to defendant)

2. The _____ is being paid by
(premium for the bond/money being deposited into the registry of the Court)
_Libria Dze_, who is _Wife_. The money was obtained from
(state relationship to defendant)

_____

(source of funds, e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

_____
Counsel for Defendant
Dated: 7/3/25

X _____
Counsel for Government    AUSA
Dated: 7-3-25    MICHAEL
BERGER

<u>ORDER</u>

Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant _Dze_ may be posted. DONE AND ORDERED on _July 3 2025_, in Miami, Florida.

_____
JONATHAN GOODMAN
UNITED STATES CHIEF MAGISTRATE JUDGE