**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 25-mj-3284-Goodman

United States of America
        Plaintiff,

v.

                                   Charging District's Case No.   24 CR 526

Igor Dze,
        Defendant.

_____/

### ORDER OF REMOVAL

It appearing that in the **Northern District of Illinois**, an Indictment was filed against the above-named defendant on a charge of **Warrant/Indictment/N/D/Illinois/Conspiracy to Distribute a Controlled Substance**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Jonathan Goodman  at Miami, Florida, which officially committed the defendant for removal to the **Northern District of Illinois**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Jonathan Goodman for removal and posted bail in the amount of $350K PSB/150K 10% rebbin which was approved by the United States Magistrate Judge Jonathan Goodman, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 7/3/25.

Jonathan Goodman
United States  Chief Magistrate Judge