UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 25-mj-03284-JG-1

UNITED STATES OF AMERICA,                    Miami, Florida

                    Plaintiff,               July 3, 2025

            vs.


IGOR DZE,

                    Defendant.               Pages 1 to 29
_____

TRANSCRIPT OF DETENTION HEARING
TRANSCRIPT OF DIGITALLY-RECORDED PROCEEDINGS
BEFORE THE HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                              UNITED STATES ATTORNEY'S OFFICE
                              MICHAEL BERGER, ESQ.
                              99 NE 4th Street
                              Miami, Florida 33132

FOR THE DEFENDANT:

                              ROTHMAN & ASSOCIATES, P.A.
                              DAVID B. ROTHMAN, ESQ.
                              Wachovia Financial Center
                              200 S. Biscayne Boulevard, Suite 2770
                              Miami, Florida 33131


TRANSCRIBED BY:

                              LAURA E. MELTON, RMR, CRR, FPR
                              Official Court Reporter to the
                              Honorable Aileen M. Cannon
                              United States District Court
                              Fort Pierce, Florida

E X A M I N A T I O N S

Witness/Proceedings                                          Page

Proffer by Mr. Berger                                          5

SPECIAL AGENT CHRISTOPHER TROCOLA
          CROSS-EXAMINATION BY MR. ROTHMAN                     7
LIBRIA DZE
          INQUIRY BY THE COURT                                11
          EXAMINATION BY MR. BERGER                           14

E X H I B I T S

GOVERNMENT FOR IDENTIFICATION

Exhibit                                                      Page

NONE

DEFENDANT FOR IDENTIFICATION

Exhibit                                                      Page

NONE

GOVERNMENT ADMITTED EXHIBITS

Exhibit                                                      Page

NONE

DEFENDANT ADMITTED EXHIBITS

Exhibit                                                      Page

NONE

JOINT EXHIBITS

Exhibit                                                      Page

NONE

(Call to the Order of the Court.)

THE COURT:  Case Number 25-mj-3284.

Who is here for the United States?

MR. BERGER:  Good morning again, Your Honor.  Michael Berger appearing for the United States.

THE COURT:  Thank you.

MR. ROTHMAN:  Good morning, Your Honor.  David Rothman here on behalf of Mr. Dze.

THE COURT:  Thank you.  Good morning.

What's happening?

MR. BERGER:  Your Honor, this is an indictment out of the Northern District of Illinois.  The government is seeking detention in this matter.

THE COURT:  Yes.  Before we get to that, Mr. Rothman, are we going to be having a removal identity hearing?

MR. ROTHMAN:  Yeah, that would be brief.

THE COURT:  All right.  Fair enough.

So you've not been able to work anything out with the United States.

So, Mr. Berger, tell me the grounds upon which you're seeking pretrial detention.

MR. BERGER:  We're seeking pretrial detention based on risk of flight.  This is a -- the defendant is charged in an indictment with one count of conspiracy to distribute large quantities of marijuana.  There is a mandatory minimum sentence

of five years, a maximum of 40.  The guidelines calculation I was provided was a Level 34 with a range of 151 to 188 months. And there is a presumption in this case.  However, given the defendant's role in the conspiracy, we're not proceeding on the dangerousness ground.

THE COURT:  So the 151- to 188-month zone that you just mentioned, I assume that's without acceptance.

MR. BERGER:  Yes, that's correct.

THE COURT:  All right.

MR. BERGER:  So the conspiracy that's alleged in the indictment -- I will outline the conspiracy, I will outline the role, and then go into short argument on the factors.

The conspiracy --

THE COURT:  Well, actually, the way -- the way I would prefer it --

MR. BERGER:  Of course.

THE COURT:  -- is you just give me the factual proffer.

MR. BERGER:  Yes.

THE COURT:  And then you will make your witness available for questions by Mr. Rothman --

MR. BERGER:  Okay.

THE COURT:  -- assuming he wants to ask questions.  I assume that he does.

Then, after that, we will see if you have any additional information to bring forth from your witness.  And

after that, I will entertain argument from both sides.

MR. BERGER:  Okay.  And so --

THE COURT:  Right now just a factual proffer.

MR. BERGER:  Just the factual proffer related to the indictment and the evidence?  Or pieces that relate to detention?  All of that?

THE COURT:  Well, since part of the grounds for the detention decision has to do with the strength of the case and the nature of the case, to the extent strategically you want to move for that, you can.

MR. BERGER:  Okay.

THE COURT:  So it's sort of like a Joe Friday scenario with a little bit of gloss.

MR. BERGER:  Okay.  Fair enough.

Okay.  So the conspiracy alleged in the indictment involves a group of gang members who ran an open air drug market on the south side of Chicago.  As alleged in the indictment, there were certain blocks that were cordoned off where there was armed security to protect the group's drug-trafficking activities.  And it is estimated by the prosecutor that there was about 500 pounds a month of marijuana distributed in this market on a monthly basis from January 2023 to November 2024.

The market had occasional drive-by shootings where there were victims, and the indictment identifies 16 different

guns that were identified as part of the conspiracy -- that are part of the forfeiture and the conspiracy.

Now, turning to the role of the defendant.  The defendant's role was to provide the supply of marijuana for the conspiracy through connections that he had in California.  The evidence of his role comes from various wire-tapped calls of the defendant talking about, for example, pounds of marijuana. In addition, the evidence -- with some of the co-conspirators in this case.  In addition, the evidence also comes from a high-speed chase where the defendant was in the vehicle and there were 43 pounds of marijuana discovered in the vehicle.

I would note that the defendant is a -- was born in Cameroon (phonetic).  The defendant has both French and U.S. citizenship.  The defendant has traveled to multiple countries, including Cameroon, which does not have an extradition treaty with the United States.

The defendant, in the pretrial services report, has refused to disclose finances.  I would note that it does have him currently residing at 1030 North Venetian Drive, which, according to Zillow, is listed as a $3.2 million property.

Given the -- well, I will stop there as far as the proffer of facts that -- and those are the facts upon which we would rely.

THE COURT:  Who is your agent for today?

MR. BERGER:  Chris Trocola from the DEA.

THE COURT:  All right.  Agent Trocola, would you take the stand, please.

COURTROOM DEPUTY:  Do you swear or affirm that the testimony you are about to give is the truth, the whole truth, and nothing but the truth, so help you God?

THE AGENT:  I do.

COURTROOM DEPUTY:  Please state your full name and spell your last name for the record, and your title.

THE AGENT:  My name is Christopher Trocola, last name is spelled T-R-O-C-O-L-A.  I'm a special agent with the Drug Enforcement Administration.

THE COURT:  Mr. Rothman, you may ask questions.

SPECIAL AGENT CHRISTOPHER TROCOLA, having been sworn, testified as follows:

CROSS-EXAMINATION

BY MR. ROTHMAN:

Q.   Special Agent Trocola --

A.   Yes, sir.

Q.   -- have you ever met my client?

A.   No, sir.

Q.   Have you ever spoken with him?

A.   No, sir.

Q.   Do you know that he is married?

A.   No, sir.

Q.   Do you know that he has been married for over a decade?

A.   No, sir.

Q.   Do you know that his -- he and his wife live and have lived in Miami for most of her life and at least 20 years?

A.   No.  I have only seen his record of where he has lived via his driver's license.

Q.   Okay.  Do you know that they have two children, one 2-1/2 years old, one 6 months old?

A.   I do not.

Q.   Do you know he has no prior record?

A.   I do know that.

Q.   So he is 44 years old; correct?

A.   1980, I believe; right?  (Inaudible.)

Q.   Trust me.  44.

     Okay.  And he has absolutely no criminal history; correct?

A.   That's what I have been told, yes.

Q.   Now, you are familiar with the underlying facts in this case?

A.   Briefly.

Q.   All right.  And you're aware that there has been allegations that firearms were involved?

A.   Yes.

Q.   Is there any allegation that my client ever possessed a firearm?

A.   No.

     MR. ROTHMAN:   I have nothing further, Your Honor.

THE COURT:  Is there any further information, Mr. Berger, that you would like to bring out through this witness?

MR.  BERGER:  No, Your Honor.

THE COURT:  Sir, you may step down.  Thank you so much.

THE AGENT:  Thank you.

THE COURT:  Any additional witnesses, Mr. Berger?

MR.  BERGER:  No, Your Honor.

THE COURT:  Mr. Rothman, any additional witnesses?

MR.  ROTHMAN:  Can I proffer?

THE COURT:  Sure.

MR.  ROTHMAN:  My client and his wife just very, very recently opened a restaurant.  They're in the process of purchasing their home.  They're renting with an option to buy.

THE COURT:  Opened a restaurant here in South Florida?

MR.  ROTHMAN:  In South Florida.

His wife, of course, has no prior criminal record as well.  She is present.  She would agree to be, of course, a cosigner.  My client's mother lives in South Florida as well. And he also has siblings in South Florida.

There is -- to us, the key is there is no -- there is no connection between my client and any firearms.  And I don't mean to in any way demean the case.  It's a criminal offense. But we are talking about marijuana and we're talking about pounds of marijuana.  I respectfully submit that, maybe not in

Chicago, but in Miami this is not a pretrial detention case.

THE COURT:  What is the name of your client's mother?

MR. ROTHMAN:  I'm sorry.  It's his mother-in-law, not his mother.

THE COURT:  Mother-in-law.  Okay.

MR. ROTHMAN:  You can speak.  Tell the judge.

THE DEFENDANT:  Gwendolyn Batton.

THE COURT:  I'm going to ask you to say that one more time slowly, and also to spell the names, please.  Spell the name.

THE DEFENDANT:  G-W-E-N-D-O-L-Y-N.  Batton, B-A-T-T-O-N.

THE COURT:  All right.  And then you mentioned -- or your lawyer mentioned that you have brothers -- or siblings. How many siblings do you have?

THE DEFENDANT:  In -- in -- my siblings are in France.

THE COURT:  I'm sorry?

THE DEFENDANT:  My siblings are in France.

MR. ROTHMAN:  Did I say they were here?  I apologize.

THE COURT:  No, you didn't say one way or the other.

THE DEFENDANT:  Okay.  I have, in total, four.

THE COURT:  Four.

Are any of them in South Florida?

THE DEFENDANT:  No.

THE COURT:  Okay.  And, Mr. Rothman, is your client's

wife here in court this morning?

MR. ROTHMAN:  Yes.

THE COURT:  Okay.  If we can have her come to the lectern, please, with the help of the marshals.

MS. DZE:  Good morning, Your Honor.

THE COURT:  Hi.  Good morning.

Trina, please swear in the witness.

COURTROOM DEPUTY:  Do you swear or affirm that the testimony you are about to give is the truth, the whole truth, and nothing but the truth, so help you God?

MS. DZE:  Yes.

COURTROOM DEPUTY:  Thank you.

THE COURT:  Good morning.

MS. DZE:  Good morning.

THE COURT:  Tell me, please, your full name and your date of birth.

MS. DZE:  Libria, L-I-B, as in bravo, R-I-A, as in alpha; Rashan, R-A-S-H-A-N; Dze, D-Z-E.  Date of birth 10/9/81.

THE COURT:  Your relationship with the defendant?

MS. DZE:  Spouse.

THE COURT:  For how long have you been married?

MS. DZE:  12 years?  12 years.

MR. ROTHMAN:  If I did that with my wife, she would kill me.

THE COURT:  Right.

MR. ROTHMAN:  Wives can get away with that.

THE COURT:  But you'd probably get the right answer.

What type of work do you do, ma'am?

MS. DZE:  I own -- I am an entrepreneur.  I own a dry cleaners.  We -- I do real estate.  And we just recently, as he stated, opened a restaurant in midtown.

THE COURT:  And what is the name of the restaurant?

MS. DZE:  Amavi (phonetic).

THE COURT:  What type of food?

MS. DZE:  Mediterranean, Your Honor.

THE COURT:  Lunch and dinner?

MS. DZE:  Not as of yet lunch, but soon.

THE COURT:  What is your educational background?

MS. DZE:  I have a bachelor's degree from Barry University here in Florida in communications.  That's why I speak so eloquently.

THE COURT:  Do you have any kind of criminal record?

MS. DZE:  No, sir.

THE COURT:  Do you own any real estate?

MS. DZE:  We do.

THE COURT:  What types of real estate?

MS. DZE:  Two houses in Cape Coral, before it went bust.

THE COURT:  Okay.  And when you say "we" owned them, are you talking about you and your husband?

MS. DZE:  Yes.

THE COURT:  What is the amount of equity that you have in each of those two houses, please?

MS. DZE:  Maybe about 1 mil.

THE COURT:  $1 million?

MS. DZE:  Oh, equity?

THE COURT:  Yes, equity.

So were you paying attention a little earlier --

MS. DZE:  Yes, yes.

THE COURT:  -- this morning?

MS. DZE:  I'm in real estate.  I should know this.

I think maybe 200,000.  Yeah, 200,000.

THE COURT:  200,000 --

MS. DZE:  Yes.

THE COURT:  -- for both, total?

MS. DZE:  In total, yes.  They're on a blanket loan.

THE COURT:  Are you aware of the potential consequences of being a cosigner on a bond?  And if you're not, I'm happy to give you a quick explanation.

MS. DZE:  I am aware.

THE COURT:  Are you willing to be a cosigner on the bond?

MS. DZE:  Very much so, Your Honor.

THE COURT:  Mr. Berger, do you have any questions that you would like to ask the witness?

EXAMINATION

BY MR. BERGER:

Q.    Besides the two homes, are there any other assets that you all own --

A.    No.

Q.    -- that are worth over $20,000?

A.    A car.  A Range Rover, family vehicle.  That's about it.

MR. BERGER:  Okay.  No further questions.

THE COURT:  All right.  Thank you, ma'am.  You can return to your seat.

MS. DZE:  Thank you.

THE COURT:  I will entertain argument, first from the United States.

MR. BERGER:  Your Honor, just looking at the 3142 factors here, I think the issue, just to be clear, just to respond to Mr. Rothman's point, this isn't -- I think the issue in Chicago with the marijuana was not just that it was marijuana, it was that there was an area set up that was -- where there was violence.  And we're not alleging that Mr. -- that the defendant was specifically involved in that, but that was the genesis and the -- and the government's interest in this case.

And so you've got an open air market where there is victims, armed trafficking and victims, and you have got an individual that is selling large quantities where there is

substantial cash proceeds that have not been recovered, and you have a defendant with, you know, ties abroad.  And so we would rely on those factors.

THE COURT:  Mr. Rothman.

MR. ROTHMAN:  I guess, now having grandchildren, and they become the ones that become important, I couldn't imagine becoming a fugitive when you have grandchildren.  I certainly can't imagine becoming a fugitive under these facts when he has two small children, one of whom is 6 months old.  Obviously, he has got a wife that is standing by him, a wife with some substance, with some education.  He has zero prior record at 44 years old.  Either he is the luckiest person in the world or maybe -- maybe he is just not that involved or has been involved that long.

His crime is not a crime of violence.  I understand that there were weapons involved.  But I made that clear with the prosecutor in Chicago that he has no connections to any of the weapons.

To me, that -- this is -- this is a clearcut case where Your Honor can fashion a reasonable bond that will protect the interests of the government and allow my client to go home with his wife and his two children during the pendency of this case.

THE COURT:  Thank you.  Bear with me just a minute, please.

MR. BERGER:  I was just advised of one more fact that I

want to put on the record if -- the agent advised me that there was recently a Ferrari registered to the defendant, according to the public records.  And it's not -- obviously not listed here.  The defendant did not provide financial information.  And so obviously one of our additional arguments is the challenge of setting any -- place of, kind of, bond (phonetic) without that kind of financial information, to know whether it's a reasonable amount or not.

THE COURT:  Thank you.

I'm going to deny the government's request for pretrial detention because I find that there is, in fact, conditions and a combination of conditions which would assure the defendant's present at trial and other court-related events.  However, I am going to include significant and comprehensive conditions as outlined right now.

First, this will be a two bond scenario.  There will be a $350,000 personal surety bond to be cosigned by the defendant's wife, Libria Rashan Dze, and a $150,000 10 percent bond with a Nebbia condition.

Mr. Rothman, I have on the bench in front of my courtroom deputy a Nebbia form which you will need to fill out.  The reason for the form is to -- to avoid my need to examine the real estate records, bank records, other financial transactions.  Instead, you will present your Nebbia package to the prosecutor.  Hopefully he will agree that it is

satisfactory.  And then you will fill out the Nebbia form.  And there is a -- two or three lines there for a succinct explanation of the nature of the source of the funds.

So I have been doing this job for 15 years, and I think in those 15 years I have only had two instances where we needed to have a Nebbia hearing and the government objected to the Nebbia proffer; every other instance, the Nebbia proffer has been accepted.

In addition, the defendant will need to surrender his passport or travel documents and may not seek additional passports or travel documents.  He will need to report to pretrial services as directed.  He must maintain or seek full-time employment.  He may not possess any firearms, ammunitions or dangerous devices.

Do you have any of those, sir, in your home?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Neither you nor your wife may encumber any real estate that you own.  So the two properties that your wife mentioned in Cape Coral, you may not sell that, transfer it, lien it, pledge it, or do anything to affect the title to those homes.

In addition, you may not visit commercial transportation establishments other than to travel from the Southern District of Florida to the Northern District of Illinois for court appearances and other mandated court

activities.

Let me explain to you what that means.  A commercial transportation establishment is a place like a train station, an airport, a bus station, a marina.  And you can't be at those locations for any reason whatsoever.

So that restriction is broader than traveling from those locations.  Let me give you an illustration of what I mean.  Let's say you were released today or tomorrow or Monday, Tuesday, shortly, and then two weeks from now your wife says to you, "Listen, do me a favor.  Give me a ride to the airport." You will not be able to give your wife a ride to the airport because you are not allowed to be on airport property for any reason whatsoever.  If you're found to be on airport property, you will be in violation of that special condition of the bond, and it will not be an acceptable explanation to say, "But, Judge, I wasn't planning on travelling from the airport myself. I was merely giving my wife a ride."

That explanation will not be convincing.  It's a violation of the bond, and the United States will seek to violate that bond, I'm quite certain.

I indicated that travel is extended.  Let me also put on the record the reasons for my decision.

First of all, the defendant is a United States citizen. Number 2, he has absolutely no prior criminal record. Number 3, his wife, who is a working professional and college

educated, has no prior criminal history.

He and his wife have young children here in South Florida, which certainly undermines any concern that he and his family would flee.  Although the case pending in Illinois seems to be substantial, many of the more alarming aspects of that case appear to not involve the defendant. There is no evidence that's been presented to the Court to suggest that this defendant was in possession of any firearms. There is no evidence presented to this Court that this defendant was involved in any drive-by shootings.

Are there any other special conditions suggested by pretrial services?

PRETRIAL SERVICES:  No, Your Honor.

THE COURT:  Any other special conditions suggested by the U.S. Attorney's Office?

MR. BERGER:  Your Honor, it looks like the original recommendation includes refrain from possession of a firearm. I apologize if I zoned out on that.

THE COURT:  You may have zoned out.

MR. BERGER:  Yeah.

THE COURT:  And the reason I asked -- the reason I'm saying that is, I'm pretty sure I said no possession of --

MR. BERGER:  Yes.

THE COURT:  -- firearm, ammunition or dangerous devices.  Because I then asked the defendant, Do you own any of

those --

MR. BERGER:  Yes.

THE COURT:  -- and he said no.  So that tells me I imposed that as a condition.

Any other special conditions suggested by the U.S. Attorney's Office?

MR. BERGER:  No, Your Honor.

THE COURT:  All right.  So, Mr. Rothman, I don't know how long it's going to take you to get the Nebbia package together, but please use that form.

Anything further from either side this morning concerning Mr. Dze?

MR. ROTHMAN:  Judge, just one last thing.  I was just informed that Mr. Dze has to travel to Cape Coral occasionally because there is a property there.

THE DEFENDANT:  I build houses in Cape Coral, and I have (indiscernible) house in Cape Coral that I have to always manage.  So I drive every morning to Cape Coral, and I come back at 5:00 p.m.

THE COURT:  You drive from Miami Beach to Cape Coral every day?

THE DEFENDANT:  Like four days a week.

THE COURT:  So I'm trying to -- I want to make sure that I'm not getting myself confused between Coral Springs, Cape Coral, maybe some other town in Florida.

Cape Coral.  Is that on the west coast?

THE DEFENDANT:  Yes, sir.

THE COURT:  And more or less how far is it?  Is it further north than Naples?

MS. DZE:  It's 20 minutes from Naples.  It's 2 hours, 30 minutes from Miami.

THE COURT:  Is it near Estero?  I see Ms. Davite (phonetic) is nodding.  She is my de facto travel consultant.

THE DEFENDANT:  It's 20 minutes exactly from Naples.

THE COURT:  Before I'm ruling, any response, Ms. Katero (phonetic) from pretrial services, about Mr. Dze's comment about traveling between here and Cape Coral for, let's say, landlord purposes concerning real estate he owns there?  No?

PRETRIAL SERVICES:  No, Your Honor.

THE COURT:  No.  All right.  Mr. Berger.

MR. BERGER:  Nothing further from the government.

THE COURT:  So I will extend travel from here to -- what district is Cape Coral in?  Middle District?  Okay.  So between here and the Middle District of Florida so that you can attend to your real estate business and needs in Cape Coral, okay?

Good luck to you, sir.  Thank you very much.

THE DEFENDANT:  Thank you.

MR. ROTHMAN:  Thank you, Your Honor.

THE COURT:  Take care.

(These proceedings concluded.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the digital audio-recorded proceedings in the above-entitled matter.

DATE:   07-23-2025        /s/Laura Melton
                          LAURA E. MELTON, RMR, CRR, FPR
                          Official Court Reporter
                          United States District Court
                          Southern District of Florida
                          Fort Pierce, Florida

| $ | 5 | alpha [1]_ - 10:18 | BERGER [26]_ - 2:4_, |
|---|---|---|---|

**$** 

**$150,000** [1]_ - 15:17
**$20,000** [1]_ - 13:4
**$350,000** [1]_ - 15:16

**1**

**1** [2]_ - 12:4_, 12:5
**10** [1]_ - 15:17
**10/9/81** [1]_ - 10:18
**1030** [1]_ - 5:19
**12** [2]_ - 10:22
**15** [2]_ - 16:3_, 16:4
**151** [2]_ - 3:2_, 3:6
**16** [1]_ - 4:25
**188** [1]_ - 3:2
**188-month** [1]_ - 3:6
**1980** [1]_ - 7:12

**2**

**2** [2]_ - 17:23_, 20:4
**2-1/2** [1]_ - 7:7
**20** [3]_ - 7:3_, 20:4_, 20:8
**200,000** [3]_ - 12:12_,
  12:13
**2023** [1]_ - 4:22
**2024** [1]_ - 4:23
**25-mj-3284** [1]_ - 2:2

**3**

**3** [1]_ - 17:24
**3.2** [1]_ - 5:20
**30** [1]_ - 20:5
**3142** [1]_ - 13:13
**34** [1]_ - 3:2

**4**

**40** [1]_ - 3:1
**43** [1]_ - 5:11
**44** [3]_ - 7:11_, 7:13_,
  14:11

**5**

**500** [1]_ - 4:21
**5:00** [1]_ - 19:18

**6**

**6** [2]_ - 7:7_, 14:8

**A**

**able** [2]_ - 2:18_, 17:10
**abroad** [1]_ - 14:1
**absolutely** [2]_ - 7:14_,
  17:23
**acceptable** [1]_ - 17:14
**acceptance** [1]_ - 3:7
**accepted** [1]_ - 16:7
**according** [2]_ - 5:20_,
  15:1
**activities** [2]_ - 4:20_,
  16:25
**addition** [4]_ - 5:8_, 5:9_,
  16:8_, 16:21
**additional** [5]_ - 3:25_,
  8:7_, 8:9_, 15:4_, 16:9
**Administration** [1]_ -
  6:11
**advised** [2]_ - 14:24_,
  14:25
**affect** [1]_ - 16:19
**affirm** [2]_ - 6:3_, 10:8
**Agent** [1]_ - 6:17
**agent** [4]_ - 5:24_, 6:1_,
  6:10_, 14:25
**AGENT** [4]_ - 6:6_, 6:9_,
  6:13_, 8:6
**agree** [2]_ - 8:18_, 15:24
**air** [2]_ - 4:16_, 13:22
**airport** [6]_ - 17:3_, 17:9_,
  17:10_, 17:11_, 17:12_,
  17:15
**alarming** [1]_ - 18:4
**allegation** [1]_ - 7:22
**allegations** [1]_ - 7:20
**alleged** [3]_ - 3:10_, 4:15
  _, 4:17
**alleging** [1]_ - 13:18
**allow** [1]_ - 14:20
**allowed** [1]_ - 17:11

**alpha** [1]_ - 10:18
**Amavi** [1]_ - 11:8
**ammunition** [1]_ - 18:23
**ammunitions** [1]_ -
  16:13
**amount** [2]_ - 12:2_, 15:7
**answer** [1]_ - 11:2
**apologize** [2]_ - 9:19_,
  18:17
**appear** [1]_ - 18:5
**appearances** [1]_ -
  16:24
**appearing** [1]_ - 2:5
**area** [1]_ - 13:17
**argument** [3]_ - 3:12_,
  4:1_, 13:11
**arguments** [1]_ - 15:4
**armed** [2]_ - 4:19_, 13:23
**aspects** [1]_ - 18:5
**assets** [1]_ - 13:2
**assume** [2]_ - 3:7_, 3:23
**assuming** [1]_ - 3:22
**assure** [1]_ - 15:11
**attend** [1]_ - 20:19
**attention** [1]_ - 12:8
**Attorney's** [2]_ - 18:14_,
  19:5
**available** [1]_ - 3:20
**avoid** [1]_ - 15:21
**aware** [3]_ - 7:19_, 12:17_,
  12:20

**B**

**B-A-T-T-O-N** [1]_ - 9:12
**bachelor's** [1]_ - 11:14
**background** [1]_ - 11:13
**bank** [1]_ - 15:22
**Barry** [1]_ - 11:14
**based** [1]_ - 2:22
**basis** [1]_ - 4:22
**Batton** [2]_ - 9:7_, 9:11
**Beach** [1]_ - 19:19
**bear** [1]_ - 14:22
**become** [2]_ - 14:5
**becoming** [2]_ - 14:6_,
  14:7
**behalf** [1]_ - 2:8
**bench** [1]_ - 15:19

**BERGER** [26]_ - 2:4_,
  2:11_, 2:22_, 3:8_, 3:10_,
  3:16_, 3:18_, 3:21_, 4:2_,
  4:4_, 4:11_, 4:14_, 5:25_,
  8:4_, 8:8_, 13:1_, 13:4_,
  13:7_, 13:13_, 14:24_,
  18:15_, 18:19_, 18:22_,
  19:1_, 19:6_, 20:15
**Berger** [6]_ - 2:5_, 2:20_,
  8:2_, 8:7_, 12:24_, 20:14
**between** [4]_ - 8:22_,
  19:23_, 20:11_, 20:18
**birth** [2]_ - 10:16_, 10:18
**bit** [1]_ - 4:13
**blanket** [1]_ - 12:16
**blocks** [1]_ - 4:18
**bond** [10]_ - 12:18_, 12:22
  _, 14:19_, 15:5_, 15:15_,
  15:16_, 15:18_, 17:13_,
  17:18_, 17:19
**born** [1]_ - 5:12
**bravo** [1]_ - 10:17
**brief** [1]_ - 2:16
**briefly** [1]_ - 7:18
**bring** [2]_ - 3:25_, 8:2
**broader** [1]_ - 17:5
**brothers** [1]_ - 9:14
**build** [1]_ - 19:15
**bus** [1]_ - 17:3
**business** [1]_ - 20:19
**bust** [1]_ - 11:23
**buy** [1]_ - 8:14
**BY** [1]_ - 6:16

**C**

**calculation** [1]_ - 3:1
**California** [1]_ - 5:5
**Cameroon** [2]_ - 5:13_,
  5:15
**Cape** [12]_ - 11:22_, 16:18
  _, 19:13_, 19:15_, 19:16_,
  19:17_, 19:19_, 19:24_,
  19:25_, 20:11_, 20:17_,
  20:20
**car** [1]_ - 13:5
**care** [1]_ - 20:24
**case** [12]_ - 3:3_, 4:8_, 4:9
  _, 5:9_, 7:17_, 8:23_, 9:1_,
  13:21_, 14:18_, 14:21_,
  18:3_, 18:5
**Case** [1]_ - 2:2

**cash** [1] - 13:25
**certain** [2] - 4:18, 17:19
**certainly** [2] - 14:6, 18:2
**challenge** [1] - 15:5
**charged** [1] - 2:23
**chase** [1] - 5:10
**Chicago** [4] - 4:17, 9:1, 13:16, 14:16
**children** [4] - 7:6, 14:8, 14:21, 18:1
**Chris** [1] - 5:25
**Christopher** [1] - 6:9
**CHRISTOPHER** [1] - 6:13
**citizen** [1] - 17:22
**citizenship** [1] - 5:14
**cleaners** [1] - 11:5
**clear** [2] - 13:14, 14:15
**clearcut** [1] - 14:18
**client** [5] - 6:19, 7:22, 8:12, 8:22, 14:20
**client's** [3] - 8:19, 9:2, 9:25
**co** [1] - 5:8
**co-conspirators** [1] - 5:8
**coast** [1] - 19:25
**college** [1] - 17:24
**combination** [1] - 15:11
**comment** [1] - 20:10
**commercial** [2] - 16:21, 17:1
**communications** [1] - 11:15
**comprehensive** [1] - 15:13
**concern** [1] - 18:2
**concerning** [2] - 19:11, 20:12
**concluded** [1] - 20:25
**condition** [3] - 15:18, 17:13, 19:3
**conditions** [6] - 15:10, 15:11, 15:13, 18:10, 18:13, 19:4
**confused** [1] - 19:23
**connection** [1] - 8:22
**connections** [2] - 5:5, 14:16

**consequences** [1] - 12:17
**conspiracy** [9] - 2:24, 3:4, 3:10, 3:11, 3:13, 4:15, 5:1, 5:2, 5:5
**conspirators** [1] - 5:8
**consultant** [1] - 20:7
**convincing** [1] - 17:17
**Coral** [13] - 11:22, 16:18, 19:13, 19:15, 19:16, 19:17, 19:19, 19:23, 19:24, 19:25, 20:11, 20:17, 20:20
**cordoned** [1] - 4:18
**correct** [3] - 3:8, 7:11, 7:14
**cosigned** [1] - 15:16
**cosigner** [3] - 8:19, 12:18, 12:21
**count** [1] - 2:24
**countries** [1] - 5:14
**course** [3] - 3:16, 8:17, 8:18
**court** [4] - 10:1, 15:12, 16:24
**Court** [3] - 2:1, 18:6, 18:8
**COURT** [76] - 2:2, 2:6, 2:9, 2:14, 2:17, 3:6, 3:9, 3:14, 3:17, 3:19, 3:22, 4:3, 4:7, 4:12, 5:24, 6:1, 6:12, 8:1, 8:5, 8:7, 8:9, 8:11, 8:15, 9:2, 9:5, 9:8, 9:13, 9:17, 9:20, 9:22, 9:25, 10:3, 10:6, 10:13, 10:15, 10:19, 10:21, 10:25, 11:2, 11:7, 11:9, 11:11, 11:13, 11:17, 11:19, 11:21, 11:24, 12:2, 12:5, 12:7, 12:10, 12:13, 12:15, 12:17, 12:21, 12:24, 13:8, 13:11, 14:3, 14:22, 15:8, 16:16, 18:13, 18:18, 18:20, 18:23, 19:2, 19:7, 19:19, 19:22, 20:2, 20:6, 20:9, 20:14, 20:16, 20:24
**court-related** [1] - 15:12
**courtroom** [1] - 15:20
**COURTROOM** [4] - 6:3, 6:7, 10:8, 10:12

**crime** [2] - 14:14
**criminal** [6] - 7:14, 8:17, 8:23, 11:17, 17:23, 17:25
**CROSS** [1] - 6:15
**CROSS-EXAMINATION** [1] - 6:15

## D

**D-Z-E** [1] - 10:18
**dangerous** [2] - 16:13, 18:23
**dangerousness** [1] - 3:5
**date** [2] - 10:16, 10:18
**David** [1] - 2:7
**Davite** [1] - 20:6
**days** [1] - 19:21
**de** [1] - 20:7
**DEA** [1] - 5:25
**decade** [1] - 6:25
**decision** [2] - 4:8, 17:21
**DEFENDANT** [12] - 9:7, 9:11, 9:16, 9:18, 9:21, 9:24, 16:15, 19:15, 19:21, 20:1, 20:8, 20:22
**defendant** [19] - 2:23, 5:3, 5:7, 5:10, 5:12, 5:13, 5:14, 5:17, 10:19, 13:19, 14:1, 15:1, 15:3, 16:8, 17:22, 18:5, 18:7, 18:9, 18:24
**defendant's** [4] - 3:4, 5:4, 15:11, 15:17
**degree** [1] - 11:14
**demean** [1] - 8:23
**deny** [1] - 15:9
**DEPUTY** [4] - 6:3, 6:7, 10:8, 10:12
**deputy** [1] - 15:20
**detention** [7] - 2:13, 2:21, 2:22, 4:6, 4:8, 9:1, 15:10
**devices** [2] - 16:13, 18:24
**different** [1] - 4:25
**dinner** [1] - 11:11
**directed** [1] - 16:11

**disclose** [1] - 5:18
**discovered** [1] - 5:11
**distribute** [1] - 2:24
**distributed** [1] - 4:22
**District** [5] - 2:12, 16:23, 20:17, 20:18
**district** [1] - 20:17
**documents** [2] - 16:9, 16:10
**down** [1] - 8:5
**Drive** [1] - 5:19
**drive** [4] - 4:24, 18:9, 19:17, 19:19
**drive-by** [2] - 4:24, 18:9
**driver's** [1] - 7:5
**Drug** [1] - 6:10
**drug** [2] - 4:16, 4:20
**drug-trafficking** [1] - 4:20
**dry** [1] - 11:4
**during** [1] - 14:21
**DZE** [27] - 10:5, 10:11, 10:14, 10:17, 10:20, 10:22, 11:4, 11:8, 11:10, 11:12, 11:14, 11:18, 11:20, 11:22, 12:1, 12:4, 12:6, 12:9, 12:11, 12:14, 12:16, 12:20, 12:23, 13:3, 13:5, 13:10, 20:4
**Dze** [5] - 2:8, 10:18, 15:17, 19:11, 19:13
**Dze's** [1] - 20:10

## E

**educated** [1] - 17:25
**education** [1] - 14:10
**educational** [1] - 11:13
**either** [2] - 14:11, 19:10
**eloquently** [1] - 11:16
**employment** [1] - 16:12
**encumber** [1] - 16:16
**Enforcement** [1] - 6:11
**entertain** [2] - 4:1, 13:11
**entrepreneur** [1] - 11:4
**equity** [3] - 12:2, 12:6, 12:7
**establishment** [1] -

17:2
**establishments** [1]_ - 16:22
**estate** [8]_ - 11:5_, 11:19_, 11:21_, 12:11_, 15:22_, 16:17_, 20:12_, 20:19
**Estero** [1]_ - 20:6
**estimated** [1]_ - 4:20
**events** [1]_ - 15:12
**evidence** [6]_ - 4:5_, 5:6_, 5:8_, 5:9_, 18:6_, 18:8
**exactly** [1]_ - 20:8
**EXAMINATION** [1]_ - 6:15
**examine** [1]_ - 15:21
**example** [1]_ - 5:7
**explain** [1]_ - 17:1
**explanation** [4]_ - 12:19_, 16:2_, 17:14_, 17:17
**extend** [1]_ - 20:16
**extended** [1]_ - 17:20
**extent** [1]_ - 4:9
**extradition** [1]_ - 5:15

## F

**fact** [2]_ - 14:24_, 15:10
**facto** [1]_ - 20:7
**factors** [3]_ - 3:12_, 13:14_, 14:2
**facts** [4]_ - 5:22_, 7:16_, 14:7
**factual** [3]_ - 3:17_, 4:3_, 4:4
**fair** [2]_ - 2:17_, 4:14
**familiar** [1]_ - 7:16
**family** [2]_ - 13:5_, 18:3
**far** [2]_ - 5:21_, 20:2
**fashion** [1]_ - 14:19
**favor** [1]_ - 17:9
**Ferrari** [1]_ - 15:1
**fill** [2]_ - 15:20_, 15:25
**finances** [1]_ - 5:18
**financial** [3]_ - 15:3_, 15:6_, 15:22
**firearm** [3]_ - 7:23_, 18:16_, 18:23
**firearms** [4]_ - 7:20_, 8:22_, 16:12_, 18:7
**first** [3]_ - 13:11_, 15:15_,

17:22
**five** [1]_ - 3:1
**flee** [1]_ - 18:3
**flight** [1]_ - 2:23
**Florida** [10]_ - 8:15_, 8:16_, 8:19_, 8:20_, 9:23_, 11:15_, 16:23_, 18:2_, 19:24_, 20:18
**follows** [1] - 6:14
**food** [1]_ - 11:9
**forfeiture** [1]_ - 5:2
**form** [4]_ - 15:20_, 15:21_, 15:25_, 19:9
**forth** [1]_ - 3:25
**four** [3]_ - 9:21_, 9:22_, 19:21
**France** [2]_ - 9:16_, 9:18
**French** [1]_ - 5:13
**Friday** [1]_ - 4:12
**front** [1]_ - 15:19
**fugitive** [2]_ - 14:6_, 14:7
**full** [3]_ - 6:7_, 10:15_, 16:12
**full-time** [1]_ - 16:12
**funds** [1]_ - 16:2

## G

**G-W-E-N-D-O-L-Y-N** [1]_ - 9:11
**gang** [1]_ - 4:16
**genesis** [1]_ - 13:20
**given** [2]_ - 3:3_, 5:21
**gloss** [1]_ - 4:13
**God** [2]_ - 6:5_, 10:10
**government** [4]_ - 2:12_, 14:20_, 16:5_, 20:15
**government's** [2]_ - 13:20_, 15:9
**grandchildren** [2]_ - 14:4_, 14:6
**ground** [1]_ - 3:5
**grounds** [2]_ - 2:20_, 4:7
**group** [1]_ - 4:16
**group's** [1]_ - 4:19
**guess** [1]_ - 14:4
**guidelines** [1]_ - 3:1
**guns** [1]_ - 5:1
**Gwendolyn** [1]_ - 9:7

## H

**happy** [1]_ - 12:18
**hearing** [2]_ - 2:15_, 16:5
**help** [3]_ - 6:5_, 10:4_, 10:10
**hi** [1]_ - 10:6
**high** [1]_ - 5:10
**high-speed** [1]_ - 5:10
**history** [2]_ - 7:14_, 17:25
**home** [3]_ - 8:14_, 14:20_, 16:14
**homes** [2]_ - 13:1_, 16:20
**Honor** [17]_ - 2:4_, 2:7_, 2:11_, 7:25_, 8:4_, 8:8_, 10:5_, 11:10_, 12:23_, 13:13_, 14:19_, 16:15_, 18:12_, 18:15_, 19:6_, 20:13_, 20:23
**hopefully** [1]_ - 15:24
**hours** [1]_ - 20:4
**house** [1]_ - 19:16
**houses** [3]_ - 11:22_, 12:3_, 19:15
**husband** [1]_ - 11:25

## I

**identified** [1]_ - 5:1
**identifies** [1]_ - 4:25
**identity** [1]_ - 2:15
**Illinois** [3]_ - 2:12_, 16:24_, 18:4
**illustration** [1]_ - 17:6
**imagine** [2]_ - 14:5_, 14:7
**important** [1]_ - 14:5
**imposed** [1]_ - 19:3
**Inaudible** [1]_ - 7:12
**include** [1]_ - 15:13
**includes** [1]_ - 18:16
**including** [1]_ - 5:15
**indicated** [1]_ - 17:20
**indictment** [7]_ - 2:11_, 2:24_, 3:11_, 4:5_, 4:15_, 4:18_, 4:25
**indiscernible** [1]_ - 19:16
**individual** [1]_ - 13:24
**information** [4]_ - 3:25_, 8:1_, 15:3_, 15:6

**informed** [1]_ - 19:13
**instance** [1]_ - 16:6
**instances** [1]_ - 16:4
**instead** [1]_ - 15:23
**interest** [1]_ - 13:21
**interests** [1]_ - 14:20
**involve** [1]_ - 18:5
**involved** [6]_ - 7:20_, 13:19_, 14:12_, 14:13_, 14:15_, 18:9
**involves** [1]_ - 4:16
**issue** [2]_ - 13:14_, 13:15

## J

**January** [1]_ - 4:22
**job** [1]_ - 16:3
**Joe** [1]_ - 4:12
**judge** [1]_ - 9:6
**Judge** [2]_ - 17:15_, 19:12

## K

**Katero** [1]_ - 20:9
**key** [1]_ - 8:21
**kill** [1]_ - 10:24
**kind** [3]_ - 11:17_, 15:5_, 15:6

## L

**landlord** [1]_ - 20:12
**large** [2]_ - 2:24_, 13:24
**last** [3]_ - 6:8_, 6:9_, 19:12
**law** [2]_ - 9:3_, 9:5
**lawyer** [1]_ - 9:14
**least** [1]_ - 7:3
**lectern** [1]_ - 10:4
**less** [1]_ - 20:2
**Level** [1]_ - 3:2
**LIB** [1]_ - 10:17
**Libria** [2]_ - 10:17_, 15:17
**license** [1]_ - 7:5
**lien** [1]_ - 16:19
**life** [1]_ - 7:3
**lines** [1]_ - 16:1
**listed** [2]_ - 5:20_, 15:2
**Listen** [1]_ - 17:9

live [1] - 7:2
lived [2] - 7:2, 7:4
lives [1] - 8:19
loan [1] - 12:16
locations [2] - 17:4, 17:6
looking [1] - 13:13
looks [1] - 18:15
luck [1] - 20:21
luckiest [1] - 14:11
lunch [2] - 11:11, 11:12

## M

ma'am [2] - 11:3, 13:8
maintain [1] - 16:11
manage [1] - 19:17
mandated [1] - 16:24
mandatory [1] - 2:25
marijuana [9] - 2:25, 4:21, 5:4, 5:7, 5:11, 8:24, 8:25, 13:16, 13:17
marina [1] - 17:3
market [4] - 4:17, 4:22, 4:24, 13:22
married [3] - 6:23, 6:25, 10:21
marshals [1] - 10:4
matter [1] - 2:13
maximum [1] - 3:1
mean [2] - 8:23, 17:7
means [1] - 17:1
Mediterranean [1] - 11:10
members [1] - 4:16
mentioned [4] - 3:7, 9:13, 9:14, 16:18
merely [1] - 17:16
met [1] - 6:19
Miami [4] - 7:3, 9:1, 19:19, 20:5
Michael [1] - 2:5
Middle [2] - 20:17, 20:18
midtown [1] - 11:6
mil [1] - 12:4
million [2] - 5:20, 12:5
minimum [1] - 2:25

minute [1] - 14:22
minutes [3] - 20:4, 20:5, 20:8
Monday [1] - 17:7
month [1] - 4:21
monthly [1] - 4:22
months [3] - 3:2, 7:7, 14:8
morning [11] - 2:4, 2:7, 2:9, 10:1, 10:5, 10:6, 10:13, 10:14, 12:10, 19:10, 19:17
most [1] - 7:3
mother [5] - 8:19, 9:2, 9:3, 9:4, 9:5
mother-in-law [2] - 9:3, 9:5
move [1] - 4:10
MR [42] - 2:4, 2:7, 2:11, 2:16, 2:22, 3:8, 3:10, 3:16, 3:18, 3:21, 4:2, 4:4, 4:11, 4:14, 5:25, 6:16, 7:25, 8:4, 8:8, 8:10, 8:12, 8:16, 9:3, 9:6, 9:19, 10:2, 10:23, 11:1, 13:1, 13:4, 13:7, 13:13, 14:4, 14:24, 18:15, 18:19, 18:22, 19:1, 19:6, 19:12, 20:15, 20:23
MS [27] - 10:5, 10:11, 10:14, 10:17, 10:20, 10:22, 11:4, 11:8, 11:10, 11:12, 11:14, 11:18, 11:20, 11:22, 12:1, 12:4, 12:6, 12:9, 12:11, 12:14, 12:16, 12:20, 12:23, 13:3, 13:5, 13:10, 20:4
multiple [1] - 5:14
must [1] - 16:11

## N

name [8] - 6:7, 6:8, 6:9, 9:2, 9:10, 10:15, 11:7
names [1] - 9:9
Naples [3] - 20:3, 20:4, 20:8
nature [2] - 4:9, 16:2
near [1] - 20:6
Nebbia [8] - 15:18, 15:20, 15:23, 15:25,

16:5, 16:6, 19:8
need [4] - 15:20, 15:21, 16:8, 16:10
needed [1] - 16:4
needs [1] - 20:19
North [1] - 5:19
north [1] - 20:3
Northern [2] - 2:12, 16:23
note [2] - 5:12, 5:18
nothing [4] - 6:5, 7:25, 10:10, 20:15
November [1] - 4:23
number [2] - 17:23, 17:24
Number [1] - 2:2

## O

objected [1] - 16:5
obviously [3] - 14:8, 15:2, 15:4
occasional [1] - 4:24
occasionally [1] - 19:13
offense [1] - 8:23
Office [2] - 18:14, 19:5
old [5] - 7:7, 7:11, 14:8, 14:11
one [9] - 2:24, 7:6, 7:7, 9:8, 9:20, 14:8, 14:24, 15:4, 19:12
ones [1] - 14:5
open [2] - 4:16, 13:22
opened [3] - 8:13, 8:15, 11:6
option [1] - 8:14
Order [1] - 2:1
original [1] - 18:15
outline [2] - 3:11
outlined [1] - 15:14
own [6] - 11:4, 11:19, 13:2, 16:17, 18:24
owned [1] - 11:24
owns [1] - 20:12

## P

p.m [1] - 19:18
package [2] - 15:23,

19:8
part [3] - 4:7, 5:1, 5:2
passport [1] - 16:9
passports [1] - 16:10
paying [1] - 12:8
pendency [1] - 14:21
pending [1] - 18:3
percent [1] - 15:17
person [1] - 14:11
personal [1] - 15:16
phonetic [3] - 15:5, 20:7, 20:10
phonetic) [2] - 5:13, 11:8
pieces [1] - 4:5
place [2] - 15:5, 17:2
planning [1] - 17:15
pledge [1] - 16:19
point [1] - 13:15
possess [1] - 16:12
possessed [1] - 7:22
possession [3] - 18:7, 18:16, 18:21
potential [1] - 12:17
pounds [4] - 4:21, 5:7, 5:11, 8:25
prefer [1] - 3:15
present [3] - 8:18, 15:12, 15:23
presented [2] - 18:6, 18:8
presumption [1] - 3:3
pretrial [8] - 2:21, 2:22, 5:17, 9:1, 15:9, 16:11, 18:11, 20:10
PRETRIAL [2] - 18:12, 20:13
pretty [1] - 18:21
proceeding [1] - 3:4
proceedings [1] - 20:25
proceeds [1] - 13:25
process [1] - 8:13
professional [1] - 17:24
proffer [7] - 3:17, 4:3, 4:4, 5:22, 8:10, 16:6
properties [1] - 16:17
property [4] - 5:20, 17:11, 17:12, 19:14

**prosecutor** [3]_ - 4:21_, 14:16_, 15:24
**protect** [2]_ - 4:19_, 14:19
**provide** [2]_ - 5:4_, 15:3
**provided** [1]_ - 3:2
**public** [1]_ - 15:2
**purchasing** [1]_ - 8:14
**purposes** [1]_ - 20:12
**put** [2]_ - 14:25_, 17:20

## Q

**quantities** [2]_ - 2:25_, 13:24
**questions** [5]_ - 3:20_, 3:22, 6:12_, 12:24_, 13:7
**quick** [1]_ - 12:19
**quite** [1]_ - 17:19

## R

**ran** [1]_ - 4:16
**range** [1]_ - 3:2
**Range** [1]_ - 13:5
**Rashan** [2]_ - 10:18_, 15:17
**RASHAN** [1]_ - 10:18
**real** [8]_ - 11:5_, 11:19_, 11:21_, 12:11_, 15:22_, 16:17_, 20:12_, 20:19
**reason** [5]_ - 15:21_, 17:4_, 17:12_, 18:20
**reasonable** [2]_ - 14:19_, 15:7
**reasons** [1]_ - 17:21
**recently** [3]_ - 8:13_, 11:5_, 15:1
**recommendation** [1]_ - 18:16
**record** [9]_ - 6:8_, 7:4_, 7:9_, 8:17_, 11:17_, 14:10_, 14:25_, 17:21_, 17:23
**records** [3]_ - 15:2_, 15:22
**recovered** [1]_ - 13:25
**refrain** [1]_ - 18:16
**refused** [1]_ - 5:18
**registered** [1]_ - 15:1
**relate** [1]_ - 4:5
**related** [2]_ - 4:4_, 15:12

**relationship** [1]_ - 10:19
**released** [1]_ - 17:7
**rely** [2]_ - 5:23_, 14:2
**removal** [1]_ - 2:15
**renting** [1]_ - 8:14
**report** [2]_ - 5:17_, 16:10
**request** [1]_ - 15:9
**residing** [1]_ - 5:19
**respectfully** [1]_ - 8:25
**respond** [1]_ - 13:15
**response** [1]_ - 20:9
**restaurant** [4]_ - 8:13_, 8:15_, 11:6_, 11:7
**restriction** [1]_ - 17:5
**return** [1]_ - 13:9
**RIA** [1]_ - 10:17
**ride** [3]_ - 17:9_, 17:10_, 17:16
**risk** [1]_ - 2:23
**role** [5]_ - 3:4_, 3:12_, 5:3_, 5:4_, 5:6
**ROTHMAN** [16]_ - 2:7_, 2:16_, 6:16_, 7:25_, 8:10_, 8:12_, 8:16_, 9:3_, 9:6_, 9:19_, 10:2_, 10:23_, 11:1_, 14:4_, 19:12_, 20:23
**Rothman** [9]_ - 2:7_, 2:14_, 3:20_, 6:12_, 8:9_, 9:25_, 14:3_, 15:19_, 19:7
**Rothman's** [1]_ - 13:15
**Rover** [1]_ - 13:5
**ruling** [1]_ - 20:9

## S

**satisfactory** [1]_ - 15:25
**scenario** [2]_ - 4:12_, 15:15
**seat** [1]_ - 13:9
**security** [1]_ - 4:19
**see** [2]_ - 3:24_, 20:6
**seek** [3]_ - 16:9_, 16:11_, 17:18
**seeking** [3]_ - 2:12_, 2:21_, 2:22
**sell** [1]_ - 16:18
**selling** [1]_ - 13:24
**sentence** [1]_ - 2:25
**SERVICES** [2]_ - 18:12_, 20:13

**services** [4]_ - 5:17_, 16:11_, 18:11_, 20:10
**set** [1]_ - 13:17
**setting** [1]_ - 15:5
**shootings** [2]_ - 4:24_, 18:9
**short** [1]_ - 3:12
**shortly** [1]_ - 17:8
**siblings** [5]_ - 8:20_, 9:14_, 9:15_, 9:16_, 9:18
**side** [2]_ - 4:17_, 19:10
**sides** [1]_ - 4:1
**significant** [1]_ - 15:13
**slowly** [1]_ - 9:9
**small** [1]_ - 14:8
**soon** [1]_ - 11:12
**sorry** [2]_ - 9:3_, 9:17
**sort** [1]_ - 4:12
**source** [1]_ - 16:2
**south** [1]_ - 4:17
**South** [6]_ - 8:15_, 8:16_, 8:19_, 8:20_, 9:23_, 18:2
**Southern** [1]_ - 16:23
**special** [5]_ - 6:10_, 17:13_, 18:10_, 18:13_, 19:4
**Special** [1]_ - 6:17
**SPECIAL** [1] - 6:13
**specifically** [1]_ - 13:19
**speed** [1]_ - 5:10
**spell** [3]_ - 6:8_, 9:9
**spelled** [1]_ - 6:10
**spoken** [1]_ - 6:21
**spouse** [1]_ - 10:20
**Springs** [1]_ - 19:23
**stand** [1]_ - 6:2
**standing** [1]_ - 14:9
**state** [1]_ - 6:7
**States** [7]_ - 2:3_, 2:5_, 2:19_, 5:16_, 13:12_, 17:18_, 17:22
**station** [2]_ - 17:2_, 17:3
**step** [1]_ - 8:5
**stop** [1]_ - 5:21
**strategically** [1]_ - 4:9
**strength** [1]_ - 4:8
**submit** [1]_ - 8:25
**substance** [1]_ - 14:10
**substantial** [2]_ - 13:25_, 18:4

**succinct** [1]_ - 16:1
**suggest** [1]_ - 18:7
**suggested** [3]_ - 18:10_, 18:13_, 19:4
**supply** [1]_ - 5:4
**surety** [1]_ - 15:16
**surrender** [1]_ - 16:8
**swear** [3]_ - 6:3_, 10:7_, 10:8
**sworn** [1] - 6:14

## T

**T-R-O-C-O-L-A** [1]_ - 6:10
**tapped** [1]_ - 5:6
**testified** [1] - 6:14
**testimony** [2] - 6:4, 10:9
**THE** [91]_ - 2:2_, 2:6_, 2:9_, 2:14_, 2:17_, 3:6_, 3:9_, 3:14_, 3:17_, 3:19_, 3:22_, 4:3_, 4:7_, 4:12_, 5:24_, 6:1_, 6:6_, 6:9_, 6:12_, 8:1_, 8:5_, 8:6_, 8:7_, 8:9_, 8:11_, 8:15_, 9:2_, 9:5_, 9:7_, 9:8_, 9:11_, 9:13_, 9:16_, 9:17_, 9:18_, 9:20_, 9:21_, 9:22_, 9:24_, 9:25_, 10:3_, 10:6_, 10:13_, 10:15_, 10:19_, 10:21_, 10:25_, 11:2_, 11:7_, 11:9_, 11:11_, 11:13_, 11:17_, 11:19_, 11:21_, 11:24_, 12:2_, 12:5_, 12:7_, 12:10_, 12:13_, 12:15_, 12:17_, 12:21_, 12:24_, 13:8_, 13:11_, 14:3_, 14:22_, 15:8_, 16:15_, 16:16_, 18:13_, 18:18_, 18:20_, 18:23_, 19:2_, 19:7_, 19:15_, 19:19_, 19:21_, 19:22_, 20:1_, 20:2_, 20:6_, 20:8_, 20:9_, 20:14_, 20:16_, 20:22_, 20:24
**three** [1]_ - 16:1
**ties** [1]_ - 14:1
**title** [2]_ - 6:8_, 16:19
**today** [2]_ - 5:24_, 17:7
**together** [1]_ - 19:9
**tomorrow** [1]_ - 17:7
**total** [3]_ - 9:21_, 12:15_, 12:16
**town** [1]_ - 19:24
**trafficking** [2]_ - 4:20_,

13:23
**train** [1] - 17:2
**transactions** [1] - 15:23
**transfer** [1] - 16:18
**transportation** [2] - 16:22, 17:2
**travel** [7] - 16:9, 16:10, 16:22, 17:20, 19:13, 20:7, 20:16
**traveled** [1] - 5:14
**traveling** [2] - 17:5, 20:11
**travelling** [1] - 17:15
**treaty** [1] - 5:15
**trial** [1] - 15:12
**Trina** [1] - 10:7
**Trocola** [4] - 5:25, 6:1, 6:9, 6:17
**TROCOLA** [1] - 6:13
**trust** [1] - 7:13
**truth** [6] - 6:4, 6:5, 10:9, 10:10
**trying** [1] - 19:22
**Tuesday** [1] - 17:8
**turning** [1] - 5:3
**two** [11] - 7:6, 11:22, 12:3, 13:1, 14:8, 14:21, 15:15, 16:1, 16:4, 16:17, 17:8
**type** [2] - 11:3, 11:9
**types** [1] - 11:21

## U

**U.S** [3] - 5:13, 18:14, 19:5
**under** [1] - 14:7
**underlying** [1] - 7:16
**undermines** [1] - 18:2
**United** [7] - 2:3, 2:5, 2:19, 5:16, 13:12, 17:18, 17:22
**University** [1] - 11:15
**up** [1] - 13:17

## V

**various** [1] - 5:6
**vehicle** [3] - 5:10, 5:11, 13:5

**Venetian** [1] - 5:19
**via** [1] - 7:4
**victims** [3] - 4:25, 13:23
**violate** [1] - 17:19
**violation** [2] - 17:13, 17:18
**violence** [2] - 13:18, 14:14
**visit** [1] - 16:21

## W

**wants** [1] - 3:22
**weapons** [2] - 14:15, 14:17
**week** [1] - 19:21
**weeks** [1] - 17:8
**west** [1] - 19:25
**whatsoever** [2] - 17:4, 17:12
**whole** [2] - 6:4, 10:9
**wife** [16] - 7:2, 8:12, 8:17, 10:1, 10:23, 14:9, 14:21, 15:17, 16:16, 16:17, 17:8, 17:10, 17:16, 17:24, 18:1
**willing** [1] - 12:21
**wire** [1] - 5:6
**wire-tapped** [1] - 5:6
**witness** [5] - 3:19, 3:25, 8:3, 10:7, 12:25
**witnesses** [2] - 8:7, 8:9
**wives** [1] - 11:1
**world** [1] - 14:11
**worth** [1] - 13:4

## Y

**years** [9] - 3:1, 7:3, 7:7, 7:11, 10:22, 14:11, 16:3, 16:4
**young** [1] - 18:1

## Z

**zero** [1] - 14:10
**Zillow** [1] - 5:20
**zone** [1] - 3:6
**zoned** [2] - 18:17, 18:18